UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

February 27, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____NM_____
DEPUTY

| | |
|---|---|
| **IJAZ UL HAQ SAFI, A# 221 223 387,** §<br>§<br>**Petitioner,** §<br>§<br>**v.** §<br>§<br>**WARDEN OF STIPC, ET AL.,** §<br>§<br>**Respondents.** § | **SA-25-CV-01709-OLG** |

## ORDER OF DISMISSAL

Before the Court is a document filed by *pro se* Petitioner Ijaz Ul Haq Safi in this 28 U.S.C. § 2241 immigration matter. (Dkt. No. 6). Safi is an immigration detainee currently detained at the South Texas ICE Processing Center. (Dkt. No. 1). The Court construes the document filed by Safi as a voluntary motion to dismiss under Federal Rule of Civil Procedure 41(a). (Dkt. No. 6).; *see* FED. R. CIV. P. 41(a)(2). Upon review, the Court orders the motion **GRANTED** and Safi's § 2241 Petition **DISMISSED WITHOUT PREJUDICE**. (Dkt. Nos. 1, 6); *see* FED. R. CIV. P. 41(a)(2).

**IT IS THEREFORE ORDERED** that Safi's voluntary motion to dismiss (Dkt. No. 6) is **GRANTED**. *See* FED. R. CIV. P. 41(a)(2).

**IT IS FURTHER ORDERED** that Safi's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**. *See* FED. R. CIV. P. 41(a)(2).

It is **SO ORDERED**.

SIGNED this _27_ of February, 2026.

_____
ORLANDO L. GARCIA
United States District Judge